**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1210**

_____

ARTHUR D. WALKER,

Petitioner,


versus


NEW DELAWARE FUEL CORPORATION; WEST VIRGINIA
COAL-WORKERS' PNEUMOCONIOSIS FUND; DIRECTOR,
OFFICE OF WORKERS' COMPENSATION PROGRAMS,
UNITED STATES DEPARTMENT OF LABOR,

Respondents.



_____

On Petition for Review of an Order of the Benefits Review Board
(04-342-BLA)

_____

Submitted:  June 9, 2005          Decided:  June 14, 2005

_____

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Arthur D. Walker, Petitioner Pro Se. Robert Weinberger, STATE OF
WEST VIRGINIA, Charleston, West Virginia; Patricia May Nece,
Jeffrey Steven Goldberg, Christian P. Barber, UNITED STATES
DEPARTMENT OF LABOR, Washington, D.C., for Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur D. Walker seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Walker v. New Delaware Fuel Corp., No. 04-342-BLA (BRB Jan. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -